IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

MATILDA MAHMUTLLARI,

                                                                    ORDER

                        Plaintiff,

v.                                                                10-cv-610-slc

U.S.C.I.S., Milwaukee, WI,

                        Defendant.
_____

       This is a civil action brought under 8 U.S.C. § 1421(c), in which plaintiff Matilda Mahmutllari, who is proceeding pro se, petitions for review of an July 19, 2010 decision denying her application for naturalization. Plaintiff has paid the $350 fee for filing this case.

       The next step is for plaintiff to serve her complaint on the defendant. Under Fed. R. Civ. P. 4(m), a plaintiff has 120 days after filing a complaint in which to serve the defendant. However, that is an outside limit with few exceptions. This court requires that a plaintiff act diligently in moving her case to resolution. If plaintiff acts promptly, she should be able to serve her complaint on the defendant well before the deadline for doing so established in Rule 4.

       To help plaintiff understand the procedure for serving her complaint on a federal agency, I am enclosing with this order a copy of a document titled "Serving the United States, Its Agencies, Corporations, Officers, or Employees." In addition, I am enclosing to plaintiff extra copies of her complaint and the forms she will need to send to the defendant agency and, in this case, the United States Attorney General in Washington, D.C. and the United States Attorney for the Western District of Wisconsin, in accordance with Fed. R. Civ. P. 4(I) (1) and (2) .

ORDER

IT IS ORDERED that plaintiff serve her complaint on the defendant agency and the United States as provided in Fed. R. Civ. P. 4(i) and promptly file proof of service with the court. If by December 15, 2010, plaintiff does not file proof of service or explain why she could not serve the defendant, I will order her to explain why her case should not be dismissed for lack of prosecution.

Entered this 15th day of October, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge